# In the United States Court of Federal Claims

* * * * * * * *

CARSON RIDGE INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP, *

Plaintiffs *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 04-1314C

Filed: December 2, 2004

**ORDER**

Defendant's unopposed motion for enlargement of time is GRANTED. Defendant will respond to plaintiff's complaint on or before January 3, 2005.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge