# In the United States Court of Federal Claims

* * * * * * * *

CARSON RIDGE INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP, *

Plaintiff, *

v. *

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * * *

No. 04-1314C

Filed: December 15, 2004

**ORDER**

Defendant's Answer to plaintiffs' complaint is due no later than January 3. We do not expect to extend this deadline.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge