# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * | |
| CARSON RIDGE INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP, * | |
| * | |
| Plaintiff, * | No. 04-1314C |
| v. * | Filed: January 7, 2005 |
| UNITED STATES OF AMERICA, * | |
| Defendant. * | |
| * * * * * * * * | |

**ORDER**

The parties are reminded that the joint preliminary status report is due on February 22. We will contact the parties soon thereafter to schedule a status conference concerning the need for discovery, if applicable. Counsel will notify the court promptly upon determining that a party will file a dispositive motion.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge