# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * | | |
| CARSON RIDGE INVESTMENT GROUP II, A CALIFORNIA LIMITED PARTNERSHIP, | * | |
| | * | |
| Plaintiff, | | No. 04-1314C |
| | * | |
| v. | | Filed: March 16, 2005 |
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| Defendant. | | |
| | * | |
| * * * * * * * * | | |

**ORDER**

The parties' Joint Motion for a Stay of Proceedings is GRANTED. The parties will file a status report with the court within 90 days or 14 days after the conclusion of ADR whichever occurs first.

s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge